UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERTHA MONCADA, et al. | |
| Plaintiff(s), | No. C05-4762 BZ |
| v. | **NOTICE OF RECUSAL** |
| ALLSTATE INSURANCE CO., | |
| Defendant(s). | |

I hereby recuse myself in the above action.

Dated: December 6, 2005

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\MISC\MONCADA RECUSAL.wpd

1