Feb-08-06  11:11am  From-SONNENSCHEIN NATH ROSENTHAL          4155435472           T-105  P.02/03  F-385

1  JOEL K. LIBERSON (State Bar No. 164857)
   JASON N. WOLFORD. (State Bar No. 194177)
2  LIBERSON & WOLFORD LLP
   220 Montgomery Street, Suite 1093
3  San Francisco, CA 94104
   Telephone: (415) 677-4110
4  Facsimile: (415) 358-8154
   Email:    joel@libersonwolford.com
5            jason@libersonwolford.com

6  Attorneys for Plaintiffs
   BERTHA MONCADA,
7  INDIANA BERRENECHEA, EDDA NIX,
   and BERTHA C MONCADA TRUST
8  by and through Trustee EDDA NIX

9

   MICHAEL BARNES (State Bar No. 121314)
10 SONIA MARTIN (State Bar No. 191148)
   SUSAN GERMER (State Bar No. 234677)
11 SONNENSCHEIN NATH & ROSENTHAL LLP
   685 Market Street, 6th Floor
12 San Francisco, CA 94105
   Telephone: (415) 882-5000
13 Facsimile: (415) 543-5472
   Email:    mbarnes@sonnenschein.com
14           smartin@sonnenschein.com
             sgermer@sonnenschein.com
15
   Attorneys for Defendant
16 ALLSTATE INSURANCE COMPANY

17

18                           UNITED STATES DISTRICT COURT

19                          NORTHERN DISTRICT OF CALIFORNIA

20                                SAN FRANCISCO DIVISION

21 BERTHA MONCADA, INDIANA              )  Case No. C 05-4762 CW
   BERRENECHEA, EDDA NIX and            )
22 BERTHA C MONCADA TRUST by and        )  STIPULATION FOR FILING OF FIRST
   through Trustee EDDA NIX,            )  AMENDED COMPLAINT AND
23                                      )  [PROPOSED] ORDER
              Plaintiffs,               )
24                                      )
        vs.                             )
25                                      )
   ALLSTATE INSURANCE COMPANY,          )
26 and DOES 1-10,                       )
                                        )
27            Defendants.               )

28
   CASE NO. C05 4762 CW                                    STIPULATION FOR FILING
                                                           FIRST AMENDED COMPLAINT
                                                           AND [PROPOSED] ORDER

1  The parties, by and through their respective counsel of record, hereby stipulate and agree
2  as follows and respectfully request that the Court approve and give effect to their stipulation:
3  IT IS HEREBY STIPULATED that plaintiffs may file a First Amended Complaint, a
4  copy of which ~~is attached hereto.~~ was submitted with this stipulation.
5  IT IS FURTHER STIPULATED that the defendant waives notice and service of the First
6  Amended Complaint and shall file its answer by February 28, 2006.
7  IT IS FURTHER STIPULATED that at least one plaintiff is seeking damages in excess
8  of $75,000.
9  IT IS SO STIPULATED.

Dated: February 8, 2006

LIBERSON & WOLFORD LLP

By /s/ Joel K. Liberson

JOEL K. LIBERSON

Attorneys For Plaintiffs
BERTHA MONCADA, INDIANA
BERRENECHEA, EDDA NIX, AND BERTHA C
MONCADA TRUST BY AND THROUGH
TRUSTEE EDDA NIX

Dated: February 8, 2006

SONNENSCHEIN NATH & ROSENTHAL LLP

By /s/ Sonia Martin

SONIA MARTIN

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

IT IS SO ORDERED.

2/23/06

_____
CLAUDIA WILKEN
United States District Judge

CASE NO. C05 4762 CW

STIPULATION FOR FILING
FIRST AMENDED COMPLAINT
AND [PROPOSED] ORDER