JOEL K. LIBERSON (State Bar No. 164857)
JASON N. WOLFORD. (State Bar No. 194177)
LIBERSON & WOLFORD LLP
220 Montgomery Street, Suite 1093
San Francisco, CA 94104
Telephone: (415) 677-4110
Facsimile: (415) 358-8154
Email:     joel@libersonwolford.com
           jason@libersonwolford.com

Attorneys for Plaintiffs BERTHA MONCADA,
INDIANA BERRENECHEA, EDDA NIX,
and the BERTHA C MONCADA TRUST by and
through Trustee EDDA NIX


MICHAEL BARNES (State Bar No. 121314)
SONIA MARTIN (State Bar No. 191148)
SONNENSCHEIN NATH & ROSENTHAL LLP
525 Market Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 882-5000
Facsimile: (415) 882-0300
Email:     mbarnes@sonnenschein.com
           smartin@sonnenschein.com

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| BERTHA MONCADA, INDIANA BERRENECHEA, EDDA NIX and BERTHA C MONCADA TRUST by and through Trustee EDDA NIX,<br><br>Plaintiffs,<br><br>vs.<br><br>ALLSTATE INSURANCE COMPANY, and DOES 1-10,<br><br>Defendants. | Case No. C 05-4762 CW<br><br>STIPULATION FOR EXTENSION OF CERTAIN PRETRIAL DATES AND [PROPOSED] ORDER THEREON |

The parties, by and through their respective counsel of record, hereby stipulate and agree as follows and respectfully request that the Court approve and give effect to their stipulation:

CASE NO. C05 4762 CW                                              STIP. FOR EXTENSION
                                                                  OF CERTAIN PRETRIAL DATES
                                                                  AND [PROPOSED] ORDER

PAGE 3/4 * RCVD AT 12/4/2006 7:01:53 PM [Central Standard Time] * SVR:CHI2KRF01/22 * DNIS:4781 * CSID:4153588154 * DURATION (mm-ss):00-56

1  WHEREAS the last day to complete fact discovery in this action was December 1, 2006;

2  WHEREAS the last day to complete expert discovery in this action will be December 15, 2006;

4  WHEREAS the Court heard cross-motions for summary judgment or partial summary judgment on December 1, 2006 and took said motions under submission; and

6  WHEREAS the parties wish to minimize the expenditure of private and judicial resources pending the Court's summary judgment ruling without waiving or prejudicing their rights or the trial date;

9  NOW, THEREFORE, IT IS AGREED AND STIPULATED THAT all outstanding fact discovery, expert discovery and pretrial deadlines shall be stayed until further agreement of the parties or order of the Court; provided that the Pretrial Conference and Trial shall remain scheduled for February 9, 2007 and February 20, 2007, respectively.

13  IT IS SO STIPULATED.

Dated: December 4, 2006

LIBERSON & WOLFORD LLP

By /s/ JOEL K. LIBERSON

JOEL K. LIBERSON

Attorneys For Plaintiffs BERTHA MONCADA, INDIANA BERRENECHEA, EDDA NIX, and BERTHA C MONCADA TRUST BY AND THROUGH TRUSTEE EDDA NIX

Dated: December 4, 2006

SONNENSCHEIN NATH & ROSENTHAL LLP

By /s/ SONIA MARTIN

SONIA MARTIN

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

CASE NO. C05 4762 CW

STIP. FOR EXTENSION OF CERTAIN PRETRIAL DATES AND [PROPOSED] ORDER

Dec. 4. 2006 5:03PM    LIBERSON & WOLFORD LLP    No. 0940    P. 3

1  IT IS SO ORDERED.

2  12/8/06

_____
CLAUDIA WILKEN
United States District Judge

27254879

CASE NO. C05 4762 CW

STIP. FOR EXTENSION
OF CERTAIN PRETRIAL DATES
AND [PROPOSED] ORDER