IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERTHA MONCADA, INDIANA BERRENECHEA, and EDDA NIX,<br><br>    Plaintiffs,<br><br>   v.<br><br>ALLSTATE INSURANCE COMPANY, and DOES 1 through 10, inclusive,<br><br>    Defendants.<br>_____/ | No. C 05-4762 CW<br><br>ORDER GRANTING DEFENDANT'S MOTION TO COMPEL APPRAISAL AND TO STAY THE ACTION |

    In an order dated December 20, 2006, the Court granted in part Defendant Allstate Insurance Company's motion for summary judgment. The only remaining issue is the extent of any underpayments of Plaintiffs' insurance claims. Defendant now moves the Court to issue an order compelling appraisal of those amounts, if any, and staying this action pending completion of the appraisal process. Plaintiffs have filed a statement of non-opposition to Defendants'

1  motion and request that the order require the appraisal to be
2  completed within ninety days.  Defendant notes that it may be
3  impossible to complete appraisal within ninety days.
4      The Court GRANTS Defendant's motion to compel appraisal and to
5  stay the action pending completion of the appraisal process (Docket
6  No. 85).  The Court orders the parties to complete appraisal as
7  expeditiously as reasonably possible.  A case management conference
8  will be held on May 11, 2007 at 1:30 p.m.  The pretrial conference
9  scheduled for February 9, 2007 and the February 20, 2007 trial date
10 are hereby VACATED.

    IT IS SO ORDERED.

Dated: 1/17/07



CLAUDIA WILKEN
United States District Judge

2