IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERTHA MONCADA, INDIANA BERRENECHEA, and EDDA NIX,<br><br>         Plaintiffs,<br><br>    v.<br><br>ALLSTATE INSURANCE COMPANY,<br><br>         Defendant.<br>_____/ | No. C 05-4762 CW<br><br>ORDER RE: PLAINTIFFS' LIST OF CLAIMS FOR APPRAISAL |

   Pursuant to the Court's order at the November 13, 2007, case management conference, Plaintiffs have filed a copy of the list of claims they submitted to the appraisers.  The list includes three categories of amounts claimed, dwelling/structure, contents and additional/unpaid additional living expenses.  Defendant objects to the list, arguing that it does not conform to the Court's orders because it includes items which the Court has found are not covered by the Allstate policy and others for which Plaintiffs have not filed claims.  In addition, Defendant indicates that Plaintiffs' list is based on more detailed estimates, but does not include all detail available.

The Court requested a copy of the claim Plaintiffs submitted to Allstate with an appended list of items Plaintiffs believed are covered by the claim already submitted which have not been paid. See Transcript of Proceedings, 11/13/07 Further Case Management Conference at 15-16.  Plaintiffs have not submitted a copy of their claim or a list of specific items as requested.  Further, the Court notes that Plaintiffs have included in their claims for appraisal, repairs that are outside of the scope of the claims already made to Allstate.  As stated at the hearing on the parties' cross-motions for summary judgment, in the Court's order on the parties' cross-motions for summary judgment and at two case management conferences since ordering appraisal, Plaintiffs may only submit for appraisal items for which they have already filed claims according to the terms of the Allstate policy.  Plaintiffs' list of items claimed also appears to include amounts based on damages related to work performed by V&M Restoration.  As discussed at the November 13, 2007 case management conference, Plaintiffs have settled their claims against V&M and may not seek compensation from Allstate for those damages.

In order to facilitate resolution of the appraisal process and this case, the Court hereby orders Plaintiffs to file with this Court and the appraisers a revised version of their list of claims within one week of the date of this order.  The revised list shall be submitted in a table containing the following columns:

2

| Item | Action (i.e. stolen, broken, water damaged, burned, etc . . . ) | Indication of where item appears in Allstate claim | Estimated value of loss and action needed to remediate (i.e. replace, repair, etc . . .) |
|---|---|---|---|
|  |  |  |  |

Plaintiffs shall attach a copy of the Allstate claim upon which these claims are based.  Defendants may respond on an item-by-item basis within two weeks of the date of Plaintiffs filing.  Each party shall include an update on the status of the arbitration proceedings in its filing.

    IT IS SO ORDERED.

Dated: 12/11/07



_____
CLAUDIA WILKEN
United States District Judge

3