IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERTHA MONCADA, et al.,  <br>     Plaintiffs,  <br>   v.  <br>ALLSTATE INSURANCE COMPANY,  <br>     Defendant.  _____/ | No. C 05-04762 CW  <br><u>ORDER TAKING MOTION UNDER SUBMISSION</u> |

   Notice is hereby given that the Court, on its own motion, shall take Defendant Allstate Insurance Company and Non-Party Andrew Aspegren's Motion to Quash Plaintiffs' Subpoena to Andrew Aspegren under submission on the papers.  The hearing previously scheduled for May 9, 2008, is vacated.  Opposition will be due April 8, 2008, and any reply will be due April 10, 2008.

   IT IS SO ORDERED.

Dated: 4/1/08

_____
CLAUDIA WILKEN
United States District Judge