1  ALL COUNSEL LISTED
2  ON SIGNATURE PAGE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BERTHA MONCADA, INDIANA BERRENECHEA, EDDA NIX and BERTHA C MONCADA TRUST by and through Trustee EDDA NIX,<br><br>Plaintiffs,<br><br>vs.<br><br>ALLSTATE INSURANCE COMPANY, and DOES 1-10,<br><br>Defendants. | Case No. C 05-4762 CW<br><br>AMENDED STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE |

The parties, by and through their respective counsel of record, hereby stipulate and agree as follows and respectfully request that the Court approve and give effect to their stipulation:

WHEREAS, the Court has scheduled a further Case Management Conference to take place on April 29, 2008;

WHEREAS, Allstate's counsel is scheduled to be on the East Coast on April 29, 2008;

WHEREAS, Allstate's counsel currently is scheduled to be in trial from May 9, 2008 to May 23, 2008;

NOW, THEREFORE, IT IS AGREED AND STIPULATED THAT the Case Management Conference shall be continued to June 17, 2008 at 2:00 p.m.

1 | IT IS SO STIPULATED.

2 | Dated: April _____, 2008        LIBERSON & WOLFORD LLP

3

4                                   By: _____

5                                        JOEL K. LIBERSON

6                                   Attorneys For Plaintiffs BERTHA MONCADA,
7                                   INDIANA BERRENECHEA, EDDA NIX, and
                                    BERTHA C MONCADA TRUST BY AND
8                                   THROUGH TRUSTEE EDDA NIX

9 | Dated: April _____, 2008        KAHN BROWN & POORE LLP

10

11

12                                  By: _____

13                                       DAVID POORE

14                                  Attorneys For Plaintiffs BERTHA MONCADA,
                                    INDIANA BERRENECHEA, EDDA NIX, and
15                                  BERTHA C MONCADA TRUST BY AND
                                    THROUGH TRUSTEE EDDA NIX
16

17 | Dated:: April 3, 2008           SONNENSCHEIN NATH & ROSENTHAL LLP

18

19                                  By: _____

20                                       SONIA MARTIN

21                                  Attorneys for Defendant
22                                  ALLSTATE INSURANCE COMPANY

23

24 | IT IS SO ORDERED.

25

26                                       _____
                                         CLAUDIA WILKEN
27                                       United States District Judge

28 | 27293832

CASE NO. C05 4762 CW                              AMENDED STIP. AND [PROPOSED]
                                                  ORDER CONTINUING CMC

| | | |
|---|---|---|
| 1 | IT IS SO STIPULATED. | |
| 2 | Dated: ~~March~~ _____, 2008 | LIBERSON & WOLFORD LLP |
| 3 | April 1 | |
| 4 | | By: _____ |
| 5 | | JOEL K. LIBERSON |
| 6 | | Attorneys For Plaintiffs BERTHA MONCADA, INDIANA BERRENECHEA, EDDA NIX, and BERTHA C MONCADA TRUST BY AND THROUGH TRUSTEE EDDA NIX |
| 9 | Dated: March _____, 2008 | KAHN BROWN & POORE LLP |
| 12 | | By: _____ |
| 13 | | DAVID POORE |
| 14 | | Attorneys For Plaintiffs BERTHA MONCADA, INDIANA BERRENECHEA, EDDA NIX, and BERTHA C MONCADA TRUST BY AND THROUGH TRUSTEE EDDA NIX |
| 17 | Dated:: March _____, 2008 | SONNENSCHEIN NATH & ROSENTHAL LLP |
| 19 | | By: _____ |
| 20 | | SONIA MARTIN |
| 21 | | Attorneys for Defendant ALLSTATE INSURANCE COMPANY |
| 24 | IT IS SO ORDERED. | |
| 26 | | _____ |
| | | CLAUDIA WILKEN |
| | | United States District Judge |

27293832

CASE NO. C05 4762 CW

STIP. AND [PROPOSED] ORDER CONTINUING CMC

|  |  |  |
|---|---|---|
| 1 | IT IS SO STIPULATED. | |
| 2 | Dated: April ____, 2008 | LIBERSON & WOLFORD LLP |
| 4 | | By: _____ |
| 5 | | JOEL K. LIBERSON |
| 6 | | Attorneys For Plaintiffs BERTHA MONCADA, INDIANA BERRENECHEA, EDDA NIX, and BERTHA C MONCADA TRUST BY AND THROUGH TRUSTEE EDDA NIX |
| 9 | Dated: April 10, 2008 | KAHN BROWN & POORE LLP |
| 12 | | By: _____ |
| 13 | | DAVID POORE |
| 14 | | Attorneys For Plaintiffs BERTHA MONCADA, INDIANA BERRENECHEA, EDDA NIX, and BERTHA C MONCADA TRUST BY AND THROUGH TRUSTEE EDDA NIX |
| 17 | Dated:: April ____, 2008 | SONNENSCHEIN NATH & ROSENTHAL LLP |
| 19 | | By: _____ |
| 20 | | SONIA MARTIN |
| 21 | | Attorneys for Defendant ALLSTATE INSURANCE COMPANY |
| 24 | IT IS SO ORDERED. | |
| 25 | | |
| 26 | 4/14/08 | _____ |
| | | CLAUDIA WILKEN |
| | | United States District Judge |

27293837

CASE NO. C05 4762 CW                         AMENDED STIP. AND [PROPOSED]
                                             ORDER CONTINUING CMC