IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERTHA MONCADA, INDIANA BERRENECHEA, and EDDA NIX,<br><br>    Plaintiffs,<br><br>  v.<br><br>ALLSTATE INSURANCE COMPANY, and DOES 1 through 10, inclusive,<br><br>    Defendants.<br>_____/ | No. C 05-4762 CW<br><br>SCHEDULING ORDER |

    The parties have informed the Court that they are still awaiting clarification of the appraisal award in this case. Therefore, the July 10, 2008 hearing date for Defendant's motion to correct and affirm the appraisal award is VACATED. The motion will be heard on August 28, 2008 at 2:00 PM. The case management conference scheduled for July 10 is also continued to that date and time. Plaintiff's opposition to the motion will be due on August 7, 2008. Any reply will be due by August 14, 2008.

    The parties shall inform the appraisal panel of this briefing

1  schedule and request the earliest possible time for consideration
2  of their case.  Even if the appraisal panel has not issued its
3  clarification by the time the parties' papers are due, the parties
4  shall file their papers according to this schedule.  In that case,
5  the motion will be taken under submission on the papers, the case
6  management conference will be continued to a later date to be set
7  by the Court and each parties may, within one week of the date the
8  panel issues its clarification, file a supplemental brief of no
9  more than five pages.

    IT IS SO ORDERED.

Dated: 6/30/08



_____
CLAUDIA WILKEN
United States District Judge

2